437 A.2d 941

COMMONWEALTH of Pennsylvania, Appellee,

v.

Christopher RIVERS, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

John J. McCreesh, III, Upper Darby (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Eric Beller, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The Order of the Court of Common Pleas of Philadelphia is affirmed.